FILED
02/28/24 05:31:29 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

DOROTHY BOLBRICH

*Debtor*

890 Weatherwood Lane Operating Company, LLC
d/b/a The Rehabilitation and Nursing Center
at Greater Pittsburgh

*Movant*

Trustee Charles O. Zebley, Jr.,

v.

Dorothy Bolbrich and Elizabeth Jenkins

*Respondents*

Case 23-21751-CMB

Chapter 7

Document No.: _____

Related to Document No.:__

**NOTICE OF MOTION TO REVERSE DISCHARGE,
FILE AN APPEARANCE,
VACATE ORDER APPROVING SETTLEMENT OF ESTATE'S CLAIM TO
DEBTOR'S UNEXEMPT ASSETS
AND FILE AN OBJECTION LATE**

---

To: Maureen Kroll, Esq.
Attorney for Debtor
Maureen Kroll, RN MN JD PC
8981 Norwin Avenue, Suite 203
Irwin, PA 15642
Phone: 724-863-6770
Email: maureen@mkroll.comcastbiz.net

Charles O. Zebley, Jr.
Trustee
Zebley Law Offices
P.O. Box 2124
Uniontown, PA 15401
724-439-9200
COZ@zeblaw.com

Dear Parties:  I, David Baruch, represent creditor The Rehabilitation and Nursing Center at Greater Pittsburgh.  I hereby submit this Notice of Motion and certification in support of motion.


By:    */s/ David Baruch*

      David Baruch, Esq.
      FOR CREDITOR
      The Rehabilitation and Nursing Center at Greater Pittsburgh
      173 Bridge Plaza North
      Fort Lee, New Jersey 07024
      Phone:  201-242-4000
      Email:  dbaruch@care-one.com


Date:  February 27, 2024


Accepts Electronic Service:  __X__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

DOROTHY BOLBRICH

                          *Debtor*

890 Weatherwood Lane Operating Company, LLC
d/b/a The Rehabilitation and Nursing Center
at Greater Pittsburgh

                          *Movant*

Trustee Charles O. Zebley, Jr.,

v.

Dorothy Bolbrich and Elizabeth Jenkins

                          *Respondents*

Case 23-21751-CMB

Chapter 7

Document No.: _____

Related to Document No.:__

**MOTION TO REVERSE DISCHARGE,
VACATE ORDER APPROVING SETTLEMENT OF RESPONDENTS
AND TRUSTEE AND FILE APPEARANCE AND OBJECTION LATE**

I represent the creditor, The Rehabilitation and Nursing Center of Greater Pittsburgh (hereafter "Greater Pittsburgh"), in this Chapter 7 petition of debtor, Dorothy Bolbrich, filed August 16, 2023. Please accept this as Greater Pittsburgh's request to reverse the default Order, vacate the Order granting discharge on or about February 15, 2024 and/or approving the settlement, and accept Greater Pittsburgh's objection to the settlement late and appearance by Greater Pittsburgh's counsel.

1.   Greater Pittsburgh provided services to Ms. Dorothy Bolbrich from 2022-2023. She incurred a debt of $72,411.02.

2.   On August 16, 2023, Ms. Bolbrich filed for Chapter 7 bankruptcy.

3.   Ms. Bolbrich listed in the Form 106SUM that the real property at 115 Bolbrich Lane, Smithton, Pennsylvania is valued at approximately $100,000.

4.   Greater Pittsburgh retained the services of Counsel 1.

5.  Greater Pittsburgh filed a Proof of Claim as a creditor in this case.

6.  Greater Pittsburgh requested Counsel 1 to enter an appearance on its behalf in the
    bankruptcy, but she ultimately declined and closed her files.

7.  Greater Pittsburgh received notice of the Respondent and Ms. Elizabeth Jenkins'
    proposed settlement with Trustee, which included an appraisal of the real property
    located at 115 Bolbrich Lane, Smithton, Pennsylvania (the "Property") as valued at
    approximately $19,000, which far less than the initial value submitted in Ms. Bolbrich's
    initial petition, which lists the property value to be $100,000.

8.  Greater Pittsburgh searched on the internet for property value, which Zillow reflected the
    estimated value of the property at the Property to be approximately over $200,000.

9.  Greater Pittsburgh then timely retained Counsel 2 to assist with filing an appearance on
    its behalf in the bankruptcy and file an objection to the proposed settlement between
    Debtor and Trustee.

10. After the deadline to file an objection passed, Greater Pittsburgh learned Counsel 2 failed
    to file an appearance.

11. Greater Pittsburgh received notice of the Order approving the settlement between Debtor
    and Trustee and discharge ordered on February 15, 2024.

12. Greater Pittsburgh then obtained its own appraisal on February 19, 2024 and received this
    Appraisal on or about February 22, 2024 which reflects the Property is actually valued at
    **$230,000** (see attached).  This is *significantly* higher than the appraised amount submitted
    by Respondent.

13. Greater Pittsburgh tried diligently to retain competent counsel to represent it in the
    bankruptcy and timely respond to the bankruptcy notices.  Greater Pittsburgh was unable
    to timely file the objection as it relied on prior counsel to do so and after the deadline
    passed learned that counsel did not file the objection.

14. Greater Pittsburgh requests the acceptance of the appearance of undersigned as its
    designated counsel.

15. The difference in the two appraisals is significant enough to cause alarm and prejudices
    the creditors in the ability to recover through this process.

16. The relief sought by debtor in this bankruptcy process should be based on truth and accuracy.  We pray this court will agree by granting this Order and any other remedies available.

17. Due to the foregoing reasons that have caused Greater Pittsburgh's objection to be raised late, we respectfully request that the Court re-open the matter of the Settlement by reversing the discharge, vacating the Order approving the Settlement between Respondents and Trustee and allowing Greater Pittsburgh to file an Objection to the settlement with the submission of the new appraisal amount of the Property.


Respectfully Submitted,

By:    /s/ David Baruch

David Baruch, Esq.
FOR CREDITOR
The Rehabilitation and Nursing Center at Greater Pittsburgh
173 Bridge Plaza North
Fort Lee, New Jersey 07024
Phone:  201-242-4000
Email:  dbaruch@care-one.com


Date:   February 28, 2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

DOROTHY BOLBRICH

*Debtor*

Case 23-21751-CMB

Chapter 7

890 Weatherwood Lane Operating Company, LLC
d/b/a The Rehabilitation and Nursing Center
at Greater Pittsburgh

*Movant*

Trustee Charles O. Zebley, Jr.,

v.

Dorothy Bolbrich and Elizabeth Jenkins

*Respondents*

Document No.: _____

Related to Document No.:__

**CERTIFICATION OF DAVID BARCUH**

I, David Baruch, attorney for creditor, The Rehabilitation and Nursing Center at Greater Pittsburgh, am over the age of 18 and hereby certify that the foregoing statements made by me are true and accurate to the best of my knowledge.  I submit this certification in support of the instant motion.

*/s/ David Baruch*
David Baruch, Esq.

Dated:  February 28, 2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

DOROTHY BOLBRICH

*Debtor*

890 Weatherwood Lane Operating Company, LLC
d/b/a The Rehabilitation and Nursing Center
at Greater Pittsburgh

*Movant*

Trustee Charles O. Zebley, Jr.,

v.

Dorothy Bolbrich and Elizabeth Jenkins

*Respondents*

Case 23-21751-CMB

Chapter 7

Document No.: _____

Related to Document No.:__

Order

It is hereby ordered that on the date issued herein:

1.  Discharge entered on February 15, 2024 is hereby reversed;

2.  The Default Order entered is hereby vacated;

3.  Creditor Greater Pittsburgh's appearance through its counsel is hereby acknowledged;

4.  Creditor Greater Pittsburgh's late objection to settlement is hereby granted for the reasons set forth in Mr. Baruch's certification;

5.  Motion is hereby granted.

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

                                                    Case 23-21751-CMB

DOROTHY BOLBRICH

                    *Debtor*                        Chapter 7

890 Weatherwood Lane Operating Company, LLC
d/b/a The Rehabilitation and Nursing Center
at Greater Pittsburgh

                    *Movant*

Trustee Charles O. Zebley, Jr.,                     Document No.: _____

v.                                                  Related to Document No.:__

Dorothy Bolbrich and Elizabeth Jenkins

                    *Respondents*

                                          **CERTIFICATE OF SERVICE**

---

I, David Baruch, attorney for creditor, The Rehabilitation and Nursing Center at Greater
Pittsburgh hereby certify that I am over the age of 18,  served the Respondent's counsel,
interested parties and Trustee in this case with a copy of this notice, motion, proposed order and
certification via electronic and regular mail.

*/s/ David Baruch*
David Baruch, Esq.

Dated:  February 27, 2024

Maureen Kroll, Esq.
Attorney for Debtor
Maureen Kroll, RN MN JD PC
8981 Norwin Avenue, Suite 203
Irwin, PA 15642
Phone: 724-863-6770
Email:  maureen@mkroll.comcastbiz.net

Charles O. Zebley, Jr.
Trustee

Zebley Law Offices
P.O. Box 2124
Uniontown, PA 15401
724-439-9200
COZ@zeblaw.com

Dorothy Bolbrich
115 Bolbrich Lane
Smithton, PA 15479

Elizabeth Jenkins
109 Bolbrich Lane
Smithton, PA 15479

Capital One, N.A.
c/o American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

CCI Credit Center
7 Finance Drive
Danbury, CT 06810

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Citizens
P.O. Box 42111
Providence, RI 02940

Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania
10561 Telegraph Road
Glen Allen, VA 23059
Comenity Bank/Talbots
P.O. Box 182789
Columbus, OH 43218

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716

First Premier Bank
3820 N. Louise Avenue
Sioux Falls, SD 57107

Genesis FS Card Services
Box 84049
Columbus, GA 31908

McCarthy, Burgess & Wolff
PO Box 461210
Bedford Hts., OH 44146

Mutual Aid Ambulance

561 W. Otterman
Greensburg, PA 15601

Partners of Pennsylvania, LLC
P.O. Box 825591
Philadelphia, PA 19182

Partners Pharmacy
50 Lawrence Road
Springfield, NJ 07081

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA 98083-0788

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

State Collection Service, Inc.
2509 S. Stoughton Road
Madison, WI 53716

Youngwood Internal Medicine
505 North 4th Street
Youngwood, PA 15697

*Arthur A. Harvey Appraisals*

File No. 24004

APPRAISAL OF



Single Family Dwelling

## LOCATED AT:

115 Bolbrich Ln
Smithton, PA  15479

## FOR:

Care One
890 Weatherwood Lane
Greensburg, PA, 15601

## BORROWER:

Client: Care One

## AS OF:

February 19, 2024

## BY:

Arthur Harvey, PA State Cert Res RE Appr

*128 Parker Road, West Newton, PA 15089 412-973-3707*

*Arthur A. Harvey Appraisals*

02/22/2024


Dana Fogle
Care One
890 Weatherwood Lane
Greensburg, PA, 15601


File Number:   24004


Ms. Fogle,

In accordance with your request, I have appraised the real property at:

115 Bolbrich Ln
Smithton, PA  15479


The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   February 19, 2024                    is:

$230,000
Two Hundred Thirty Thousand  Dollars


The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.




Arthur Harvey, PA State Cert Res RE Appr

**128 Parker Road, West Newton, PA 15089 412-973-3707**

C:\PROGRAM FILES (X86)\ACI32\REPORTS\24004.ACI

# Desktop Underwriter Quantitative Analysis Appraisal Report

File No.: 24004

THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY.

## SUBJECT

| Property Address 115 Bolbrich Ln | City Smithton | State PA | Zip Code 15479 |
|---|---|---|---|

Legal Description 1936-807 — County Westmoreland

Assessor's Parcel No. 59-10-00-0-022 — Tax Year 2023 — R.E.Taxes $ 1097.00 — Special Assessments $ 0

Borrower **Client: Care One** — Current Owner Dorothy & Regis Bolbrich — Occupant: ☐ Owner ☐ Tenant [X] Vacant

Neighborhood or Project Name South Huntingdon Twp — Project Type ☐ PUD ☐ Condominium — HOA$ ___ /Mo.

Sales Price $ ___ — Date of Sale ___ — Description/$ amount of loan charges/concessions to be paid by seller ___

Property rights appraised [X] Fee Simple ☐ Leasehold — Map Reference MSA 38300 — Census Tract 8061.00

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Location | ☐ Urban [X] Suburban [X] Rural | Property values | [X] Increasing ☐ Stable ☐ Declining |
|---|---|---|---|
| Built up | ☐ Over 75% [X] 25-75% ☐ Under 25% | Demand/supply | ☐ Shortage [X] In balance ☐ Over supply |
| Growth rate | ☐ Rapid [X] Stable ☐ Slow | Marketing time | ☐ Under 3 mos. [X] 3-6 mos. ☐ Over 6 mos. |

| | Single family housing | | Condominium housing | |
|---|---|---|---|---|
| | PRICE $(000) | AGE (yrs) | PRICE $(000) | AGE |
| Low | 20 | 0 | Low | 0 |
| High | 1500 | 250+ | High | 0 |
| Predominant | 237 | 80 | Predominant | 0 0 |

Neighborhood boundaries includes all of South Huntingdon Twp. This is the Yough Area School District.

## SITE

Dimensions 2.9 acres — Site area 2.9 acres — Shape Irregular

Specific zoning classification and description No Twp. Zoning

Zoning compliance ☐ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal, attach description [X] No zoning

Highest and best use of subject property as improved (or as proposed per plans and specifications): [X] Present use ☐ Other use, attach description.

| Utilities | Public | Other | | Public | Other | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street | Asphalt | | [X] |
| Gas | | Oil | Sanitary sewer | | Septic | Alley | None | | |

Are there any apparent adverse site conditions (easements, encroachments, special assessments, slide areas, etc.)? ☐ Yes [X] No   If Yes, attach description.

## IMPROVEMENTS

Source(s) used for physical characteristics of property: [X] Interior and exterior inspection ☐ Exterior inspection from street ☐ Previous appraisal files
☐ MLS [X] Assessment and tax records ☐ Prior Inspection [X] Property owner ☐ Other (Describe):

No. of Stories 1 — Type (Det./Att.) Det — Exterior Walls Brk/Frame — Roof Surface Asph Shingle — Manufactured Housing ☐ Yes [X] No

Does the property generally conform to the neighborhood in terms of style, condition, and construction materials? [X] Yes ☐ No  If No, attach description.

Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property? ☐ Yes [X] No  If Yes, attach description.

Are there any apparent adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property? ☐ Yes [X] No  If Yes, attach description.

## SALES COMPARISON ANALYSIS

I researched the subject market area for comparable listings and sales that are the most similar and proximate to the subject property.

My research revealed a total of 8 — sales ranging in sales price from $ 201,000 to $ 400,000

My research revealed a total of 2 — listings ranging in list price from $ 199,900 to $ 200,000

The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

| FEATURE | SUBJECT | SALE 1 | | SALE 2 | | SALE 3 | |
|---|---|---|---|---|---|---|---|
| | 115 Bolbrich Ln | 527 Greensburg Pike | | 1241 Plummer School Rd | | 222 State Route 31 | |
| Address | Smithton, PA 15479 | West Newton, PA 15089 | | West Newton, PA 15089 | | Ruffs Dale, PA 15679 | |
| Proximity to Subject | | 2.75 miles NW | | 2.87 miles NW | | 3.80 miles NE | |
| Sales Price | $ | $ 229,000 | | $ 235,500 | | $ 250,000 | |
| Price/Gross Liv. Area | $ 0.00 | $ 190.83 | | $ 198.23 | | $ 198.41 | |
| Data & Verif. Sources | | WPMLS #1604049;Co Records | | WPMLS #1606557;Co Records | | WPMLS #1614198;Co Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sales or Financing | | VA | | FHA | | FHA | |
| Concessions | | 0/6 DOM | 0 | 0/5 DOM | 0 | 15000/14 DOM | -15,000 |
| Date of Sale/Time | | 06/16/2023 | | 06/30/2023 | | 09/01/2023 | 0 |
| Location | Average | Average | | Average | | Average | |
| Site | 2.9 acres | .91 ac | +3,000 | .73 ac | +3,000 | .79 ac | +3,000 |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Ranch | Ranch | | Split | | 1.5 st | |
| Actual Age (Yrs.) | 60 | 66 | | 44 | | 75 | |
| Condition | Average | Average | | Superior | -10,000 | Superior | -10,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 3 1.00 | 5 3 1.00 | 0 | 6 3 1.00 | 0 | 6 3 2.10 | -9,000 |
| Gross Living Area | 1,200 Sq. Ft. | 1,200 Sq. Ft. | 0 | 1,188 Sq. Ft. | 0 | 1,260 Sq. Ft. | 0 |
| Basement and Finished | Full | Full | | Full | | Full | |
| Rooms Below Grade | Part Finished | Part Finished | | Part Finished | | Part Finished | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | 0 | 1 Car Garage | +3,500 |
| | | | | | | 1/FP | |
| Net Adj. (total) | | [X] + ☐ - $ 3,000 | | ☐ + [X] - $ 7,000 | | ☐ + [X] - $ 27,500 | |
| Adjusted Sales Price | | Gross: 1.3% | | Gross: 5.5% | | Gross: 16.2% | |
| of Comparables | N/A | Net: 1.3% $ 232,000 | | Net: -3.0% $ 228,500 | | Net: -11.0% $ 222,500 | |
| Date of Prior Sales | | No Prior sale w/in 1 year | | No Prior sale w/in 1 year | | No Prior sale w/in 1 year | |
| Price of Prior Sales | $ N/A | $ N/A | | $ N/A | | $ N/A | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of the prior sales of subject and comparables: Subject has not sold within past 3 years. No comparables have sold within the past 1 year.

Summary of sales comparison and value conclusion: Sales are located in same market and are deemed the best available at this time (within past year).  Bath adjusted at $6000 per bath above grade.

This appraisal is made [X] "as-is", or ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or ☐ subject to the following repairs, alterations or conditions:

BASED ON AN [X] EXTERIOR INSPECTION FROM THE STREET OR AN ☐ INTERIOR AND EXTERIOR INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT IS $ 230,000 , AS OF 02/19/2024.

C:\PROGRAM FILES (X86)\ACI32\REPORTS\24004.ACI

# Desktop Underwriter Quantitative Analysis Appraisal Report

Document Page 14 of 29

File No.: 24004

## PUD

**Project Information for PUDs** (if applicable)--Is the developer/builder in control of the Home Owners' Association (HOA)?    ☐ Yes   ☐ No

Provide the following information for PUDs only if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit:

Total number of phases _____    Total number of units _____    Total number of units sold _____

Total number of units rented _____    Total number of units for sale _____    Data Source(s) _____

Was the project created by the conversion of existing buildings into a PUD?    ☐ Yes   ☐ No   If yes, state date of conversion: _____

Does the project contain any multi-dwelling units?    ☐ Yes   ☐ No   Data Source: _____

Are the common elements completed?    ☐ Yes   ☐ No  If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?    ☐ Yes   ☐ No  If yes, attach addendum describing rental terms and options.

Describe common elements and recreational facilities: _____

## CONDOMINIUM

**Project Information for Condominiums** (if applicable)--Is the developer/builder in control of the Home Owners' Association (HOA)?    ☐ Yes   ☐ No

Provide the following information for all Condominium Projects:

Total number of phases _____    Total number of units _____    Total number of units sold _____

Total number of units rented _____    Total number of units for sale _____    Data Source(s) _____

Was the project created by the conversion of existing buildings into a condominium?    ☐ Yes   ☐ No   If yes, date of conversion: _____

Project Type:   ☐ Primary Residence   ☐ Second Home or Recreational   ☐ Row or Townhouse   ☐ Garden   ☐ Midrise   ☐ Highrise

Condition of the project, quality of construction, unit mix, etc.: _____

Are the common elements completed?    ☐ Yes   ☐ No  If No, describe status of completion: _____

Are any common elements leased to or by the Home Owners' Association?    ☐ Yes   ☐ No  If yes, attach addendum describing rental terms and options.

Describe common elements and recreational facilities: _____

**PURPOSE OF APPRAISAL:**  The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based on a quantitative sales comparison analysis for use in the mortgage finance transaction.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated: (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto: and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area: these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**  The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided any required sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

4. The appraiser has noted in the appraisal report any adverse conditions (such as, but not limited to, needed repairs, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal.  Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, expressed or implied, regarding the condition of the property.  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

6. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

7. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower: the mortgagee or its successors and assigns: the mortgage insurer; consultants: professional appraisal organizations: any state or federally approved financial institution: or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the report to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

8. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

Produced using ACI software. 800.234.8727 www.aciweb.com

C:\PROGRAM FILES (X86)\ACI32\REPORTS\24004.ACI

# Desktop Underwriter Quantitative Analysis Appraisal Report

Document Page 15 of 29

File No.: 24004

## APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I performed this appraisal by (1) personally inspecting from the street the subject property and neighborhood and each of the comparable sales (unless I have otherwise indicated in this report that I also inspected the interior of the subject property): (2) collecting, confirming, and analyzing data from reliable public and/or private sources; and (3) reporting the results of my inspection and analysis in this summary appraisal report. I further certify that I have adequate information about the physical characteristics of the subject property and the comparable sales to develop this appraisal.

2. I have researched and analyzed the comparable sales and offerings/listings in the subject market area and have reported the comparable sales in this report that are the best available for the subject property. I further certify that adequate comparable market data exists in the general market area to develop a reliable sales comparison analysis for the subject property.

3. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware, have considered these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them, and have commented about the effect of the adverse conditions on the marketability of the subject property. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

4. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

5. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

6. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

7. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

8. I estimated the market value of the real property that is the subject of this report based on the sales comparison approach to value. I further certify that I considered the cost and income approaches to value, but, through mutual agreement with the client, did not develop them, unless I have noted otherwise in this report.

9. I performed this appraisal as a limited appraisal, subject to the Departure Provision of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in the place as of the effective date of the appraisal (unless I have otherwise indicated in this report that the appraisal is a complete appraisal, in which case, the Departure Provision does not apply).

10. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value. The exposure time associated with the estimate of market value for the subject property is consistent with the marketing time noted in the Neighborhood section of this report. The marketing period concluded for the subject property at the estimated market value is also consistent with the marketing time noted in the Neighborhood section.

11. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. I further certify that no one provided significant professional assistance to me in the development of this appraisal.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certified and agrees that: I directly supervise the appraiser who prepared the appraisal report, have examined the appraisal report for compliance with the Uniform Standards of Professional Appraisal Practice, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 5 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature: | Signature: |
| Name: Arthur Harvey, PA State Cert Res RE Appr | Name: |
| Company Name: Arthur A. Harvey Appraisals | Company Name: |
| Company Address: 128 Parker Road | Company Address: |
| West Newton, PA 15089 | |
| Date of Report/Signature: 02/22/2024 | Date of Report/Signature: |
| State Certification #: RL001734L | State Certification #: |
| or State License #: | or State License #: |
| State: PA | State: |
| Expiration Date of Certification or License: 06/30/2025 | Expiration Date of Certification or License: |

**ADDRESS OF PROPERTY APPRAISED:**
115 Bolbrich Ln
Smithton, PA  15479

**APPRAISED VALUE OF THE SUBJECT PROPERTY $** 230,000
**EFFECTIVE DATE OF APPRAISAL/INSPECTION** 02/19/2024

**LENDER/CLIENT:**
Name: NO AMC
Company Name: Care One
Company Address: 890 Weatherwood Lane, Greensburg, PA 15601

**SUPERVISORY APPRAISER:**
SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
☐ Did inspect interior and exterior of subject property
COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street

C:\PROGRAM FILES (X86)\ACI32\REPORTS\24004.ACI

| Borrower:  Client: Care One | | File No.:  24004 |
|---|---|---|
| Property Address:  115 Bolbrich Ln | | Case No.: |
| City:  Smithton | State:  PA | Zip:  15479 |
| Lender:  Care One | | |

NEIGHBORHOOD

Although there are some commercial and multi family properties within the neighborhood boundaries, they are far enough removed from the subject property and do not adversely affect the subject's value or marketability.

COMMENTS

In estimating the remaining economic life of the subject property, the appraiser has considered the actual and effective age of the subject property, the quality of construction, any updating, degree of maintenance, functional utility and ages of other homes in the neighborhood.

COMMENTS ON MARKET DATA

Square footage adjustments are based on $40/sqft of livable space in single family residential properties. All sales are closed and date is believed to be reliable. Sale dates utilized in this appraisal report reflect the closing dates of the comparable sales. Indicated square footage of the comparables is approximate. The most recent, closely located sale were considered and their degree of comparability to the subject evaluated.

FINAL RECONCILIATION

The Income Approach was not considered as single family homes are not normally purchased for investment purposes. The Cost Approach is subject to rapidly changing construction expenses and requires estimates by the appraiser for accrued depreciation which are difficult to extract from the market.  The Market Approach is given the most weight as it is best supported and best illustrates current conditions.

The appraisal assignment was not based on a requested minimum valuation, a specific valuation or the approval of a loan.

All of the comparable sales were fee simple ownership.

The analysis, opinions, and conclusions of the appraisal were developed in conformity with the Uniform Standards of Professional Appraisal Practice.

CERTIFICATION STATEMENT

I have no bias with respect to the property that is the subject of this report or to the parties involved  with this assignment. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

The purpose of this appraisal is to determine market value, as defined, and the value is to be the most probable price. This appraisal was prepared for clients purposes and the intended users of this report include the clients listed above ONLY.

The appraiser is not a home inspector.  Appraiser recommends that any potential buyer of this home have a home inspection done.  The conditions noted in the report are the items noted during an appraisal inspection and are not all the items that a home inspector might consider detrimental.

| Appraiser: | Supervisory Appraiser: |
|---|---|
| Name:  Arthur Harvey, PA State Cert Res RE Appr | Name: |

C:\PROGRAM FILES (X86)\ACI2\REPORTS\24004.ACI

**SUBJECT PROPERTY PHOTO ADDENDUM**

| Borrower: Client: Care One | | | |
|---|---|---|---|
| Property Address: 115 Bolbrich Ln | | File No.: 24004 | |
| City: Smithton | | Case No.: | |
| Lender: Care One | State: PA | Zip: 15479 | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: February 19, 2024
Appraised Value: $ 230,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Client: Care One | File No.: 24004 |
| Property Address: 115 Bolbrich Ln | Case No.: |
| City: Smithton | State: PA    Zip: 15479 |
| Lender: Care One | |



**COMPARABLE SALE #1**

527 Greensburg Pike
West Newton, PA 15089
Sale Date: 06/16/2023
Sale Price: $ 229,000



**COMPARABLE SALE #2**

1241 Plummer School Rd
West Newton, PA 15089
Sale Date: 06/30/2023
Sale Price: $ 235,500



**COMPARABLE SALE #3**

222 State Route 31
Ruffs Dale, PA 15679
Sale Date: 09/01/2023
Sale Price: $ 250,000

| | |
|---|---|
| Borrower: Client: Care One | File No.: 24004 |
| Property Address: 115 Bolbrich Ln | Case No.: |
| City: Smithton | State: PA    Zip: 15479 |
| Lender: Care One | |



private drive to public street



front



extra front

C:\PROGRAM FILES (X86)\ACI32\REPORTS\24004.ACI

LOCATION MAP

| | | |
|---|---|---|
| Borrower: Client: Care One | | File No.: 24004 |
| Property Address: 115 Bolbrich Ln | | Case No.: |
| City: Smithton | State: PA | Zip: 15479 |
| Lender: Care One | | |



*128 Parker Road, West Newton, PA 15089 412-973-3707*

C:\PROGRAM FILES (X86)\ACI32\REPORTS\24004.ACI

| Borrower: **Client: Care One** | File No.: 24004 |
| Property Address: **115 Bolbrich Ln** | Case No.: |
| City: **Smithton** | State: **PA** | Zip: **15479** |
| Lender: **Care One** | | |



Subject
115 Bolbrich Ln
Smithton, PA 15479

*128 Parker Road, West Newton, PA 15089 412-973-3707*

C:\PROGRAM FILES (X86)\ACO2\REPORTS\24004.ACI

APPRAISER'S LICENSE

| | |
|---|---|
| Borrower: Client: Care One | File No.: 24004 |
| Property Address: 115 Bolbrich Ln | Case No.: |
| City: Smithton | State: PA    Zip: 15479 |
| Lender: Care One | |

DISPLAY THIS CERTIFICATE PROMINENTLY ● NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

**Commonwealth of Pennsylvania**
**Department of State**
**Bureau of Professional and Occupational Affairs**
PO BOX 2649 Harrisburg PA 17105-2649

22 0692774

License Type
Certified Residential Appraiser

ARTHUR A HARVEY
128 PARKER ROAD
WEST NEWTON, PA 15089

License Status
Active

Initial License Date
03/08/1994

License Number
RL001734L

Expiration Date
06/30/2025

Acting Commissioner Arion R. Claggett

Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S.L. §911

*128 Parker Road, West Newton, PA 15089 412-973-3707*

C:\PROGRAM FILES (X86)\ACI32\REPORTS\24004.ACI



I hereby CERTIFY
that this document is recorded
in the RECORDERS OFFICE
of Westmoreland County
Pennsylvania

Frank Schiefer • Recorder of Deeds

# THIS INDENTURE

MADE the **20ᵀᴴ** day of _AUGUST_____, 2020,

BETWEEN **DOROTHY BOLBRICH, widow,** of the Township of South

Huntingdon, County of Westmoreland and Commonwealth of Pennsylvania,

Party of the First Part

AND

**ELIZABETH ANN JENKINS, married,** of the Township of South Huntingdon, County of

Westmoreland and Commonwealth of Pennsylvania,

Party of the Second Part.

**WITNESSETH,** that the Party of the First Part, in consideration of

ONE and 00/100 ($ 1.00) DOLLARS to her now paid by the said Party of the

Second Part, does grant, bargain, sell and convey unto the said Party of the

Second Part, her heirs, executors, administrators, successors and assigns:

**ALL** that certain tract of land, situate in the Township of South Huntingdon, County of Westmoreland, and Commonwealth of Pennsylvania, being more particularly bounded and described as follows, _to wit:_

**BEGINNING** at an iron pin at or near the center line of Legislative Route Number 74170, at the Northwesterly corner of property of Church of the Nazarene, and in the center of a right-of-way given to Wilkinson; thence along said property of Church of the Nazarene and in the center of said right-of-way, South 21° 10' West, 709.18 feet to an iron pin; thence a long property of Hilterbran, North 55° 00' West, 520.00 feet to a fence post; thence along property of Kenneth Layman and property of Anthony Corsaro, North 13° 45' East, 773.30 feet to an iron pin at or near the center line of Legislative Route 74170 aforesaid; thence in said highway the following three calls: South 79° 59' 10" East, 133.73 feet to an iron pin; South 55° 43' East, 147.14 feet to an iron pin; South 40° 59' East, 373.41 feet to the place of beginning.

**CONTAINING** an area of 10.18 acres.

**HAVING** this description pursuant to the Survey made October 02, 1965.



Instr:202008210026534   08/21/2020
P:1 of 7   F:$115.25   3:21PM
Frank Schiefer   T20200024944
Westmoreland County RecorderC



UPI 59-00267-00000

MAP 59-10-00-0-023

BEING a tract of land as further identified as Tax Map Number: 59-10-00-0-023-00-000.

SAID tract of land also includes a pole building further identified as Tax Map Number: 59-10-00-0-023-60-001.

EXCEPTING AND RESERVING from the above described property that certain tract of land and right-of-way, as the same are described in a conveyance to Regis Bolbrich and Dorothy Bolbrich, his wife, by the Grantor herein, by deed dated the 3rd day of June 1966 and recorded in the Westmoreland County Deed Book Volume 1938, Page 809 on the 8th day of July 1966.

ALSO EXCEPTING AND RESERVING from the above described property the two certain tracts of land and right-of-way, as the same are described in a conveyance to Regis Bolbrich and Dorothy Bolbrich, his wife by the Grantor herein, by deed dated the 6th day of January 1977 and recorded in Westmoreland County Deed Book Volume 2237, Page 905 on the 17th day of January 1977.

ALSO EXCEPTING AND RESERVING from the above described property a tract of land being retained out of and from the above described property by the Grantor herein. Said tract of land being situate in South Huntington Township, Westmoreland County, Pennsylvania, more particularly bounded and described as follows:

BEGINNING at the Northwesterly corner of the tract of land first described in this deed, which place of beginning is a point at or near the center line of Legislative Route 74170; thence in said highway the following three calls: South 79° 59' 10" East, 133.73 feet to an iron pin; South 55° 43' East, 147.14 feet to an iron pin; South 40° 59' East, 373.41 feet to a point; thence South 21° 10' West, 104.37 feet to a point; thence North 62° 58' West, 572.5 feet along land now or formerly Regis Bolbrich and Dorothy Bolbrich, his wife, to a point; thence along land now or formerly of Kenneth Layman and Anthony Corsaro North 12° 17' 20" East, 250.29 feet to a point, the place of beginning.

BEING all of the property lying North of the tracts of land heretofore conveyed to Regis Bolbrich and Dorothy Bolbrich, his wife, by deeds which were described above in the Exceptions and Reservations.

SUBJECT TO AND TOGETHER WITH any and all oil and gas leases, the sale of coal and mining rights and all rights relating thereto, building lines, rights-of-way, zoning regulations, building restrictions, reservations, restrictive covenants, easements, rights and obligations, encroachments, associations fees and/or dues, if any, etc…, as the same may be contained in prior instruments of record, as set forth in the recorded plan and/or as shown on a survey of the property.

BEING part of the same property conveyed by deed of Bertha Chislow, widow, to Regis Bolbrich and Dorothy Bolbrich, husband and wife, dated January 12, 1989, and recorded in the Office of the Recorder of Deeds of Westmoreland County, Pennsylvania, on January 13, 1989 at Deed Book Volume 2853, Page 627.



Instr:202008210026534
P:2 of 7         08/21/2020
F:$115.25        3:21PM
Frank Schiefer   T20200024944
Westmoreland County RecorderC

**THE** said Regis Bolbrich died on November 19, 2006, thereby granting full title in fee simple absolute to his spouse, Dorothy Bolbrich (the Grantor herein, now a widow) by operation of law.

**THE** Scrivener notes that taking into account the Exceptions and Reservations above described (1.234 acres) + (0.839 acres) + (0.840 acres) + (2.967 acres) leaves Tax Map Number: 59-10-00-0-023-00-000 comprising a total area of approximately 4.300 acres, more or less.

**THE** precise residence of the Grantee herein is 109 Bolbrich Lane, Smithton, PA 15479. (South Huntingdon Township, Westmoreland County, Pennsylvania).

**THE** true and actual consideration of this conveyance is ONE ($ 1.00) dollar. This is a conveyance from mother to daughter and is therefore realty transfer tax exempt pursuant to 72 P.S. $ 8102-C.3(6).

**PURSUANT TO SECTION 405 OF THE SOLID WASTE MANAGEMENT ACT OF 1980, THE GRANTOR(S) HEREBY STATE(S) THAT HE/SHE/IT HAS/HAVE NO KNOWLEDGE OF ANY HAZARDOUS WASTE WHICH IS PRESENTLY BEING DISPOSED OF OR HAS EVER BEEN DISPOSED OF ON THE ABOVE DESCRIBED LAND OR ANY PART THEREOF.**

**TOGETHER** with all the singular the buildings and improvements, ways, streets, alleys, passages, waters, water courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any ways, appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of **DOROTHY BOLBRICH, widow,** the said Party of the First Part, as well at law as in equity, of, in and to the same.

With the appurtenances: **TO HAVE AND TO HOLD** the same unto and for the use of the said Party of the Second Part, **ELIZABETH ANN JENKINS, married,** her heirs, executors, administrators, successors and assigns, forever; AND the said Party of the First Part, **DOROTHY BOLBRICH, widow,** for herself, her heirs, executors, administrators, successors and assigns hereby covenants with the said Party of the



Instr:202000210026534          08/21/2020
P:3 of 7      F:$115.25      3:21PM
Frank Schiefer              T202000245944
Westmoreland County RecorderC

Second Part, **ELIZABETH ANN JENKINS, married,** her heirs, executors,

administrators, successors and assigns against all lawful claimants, **GENERALLY** the

same and every part thereof to Warrant and Defend.

**NOTICE – THIS DOCUMENT MAY NOT/DOES NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE THE TITLE TO THE COAL AND RIGHT OF SUPPORT UNDERNEATH THE SURFACE LAND DESCRIBED OR REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE THE COMPLETE LEGAL RIGHT TO REMOVE ALL OF SUCH COAL AND IN THAT CONNECTION, DAMAGE MAY RESULT TO THE SURFACE OF THE LAND AND ANY HOUSE, BUILDING, OR OTHER STRUCTURE ON OR IN SUCH LAND, THE INCLUSION OF THIS NOTICE DOES NOT ENLARGE, RESTRICT OR MODIFY ANY LEGAL RIGHTS OR ESTATES OTHERWISE CREATED, TRANSFERRED, EXCEPTED OR RESERVED BY THIS INSTRUMENT.** (This notice is set forth in the manner provided in Section 1 of the Act of July 17, 1957, P. L. 984, as amended, and is not intended as notice of unrecorded instruments, if any.)

WITNESS the hand and seal of the said Party of the First Part.

WITNESS:

_____    _____ (SEAL)
                             Dorothy Bolbrich, widow

**NOTICE THE UNDERSIGNED, AS EVIDENCED BY THE SIGNATURE(S) TO THIS NOTICE AND THE ACCEPTANCE AND RECORDING OF THIS DEED, (IS, ARE) FULLY COGNIZANT OF THE FACT THAT THE UNDERSIGNED MAY NOT BE OBTAINING THE RIGHT OF PROTECTION AGAINST SUBSIDENCE, AS TO THE PROPERTY HEREIN CONVEYED, RESULTING FROM COAL MINING OPERATIONS AND THAT THE PURCHASED PROPERTY, HEREIN CONVEYED, MAY BE PROTECTED FROM DAMAGE DUE TO MINE SUBSIDENCE BY A PRIVATE CONTRACT WITH THE OWNERS OF THE ECONOMIC INTEREST IN THE COAL. THIS NOTICE IS INSERTED HEREIN TO COMPLY WITH THE BITUMINOUS MINE SUBSIDENCE AND LAND CONSERVATION ACT OF 1966, AS AMENDED 1980. OCTOBER 10, P. L. 874, NO. 156 § 1.**

WITNESS:

_____    _____

Instr:202008210026534    08/21/2020
P:4 of 7    F:$115.25    3:21PM
Frank Schiefer    T20200024944
Westmoreland County RecorderC

## ACKNOWLEDGEMENT

COMMONWEALTH OF PENNSYLVANIA     )
                                      )

COUNTY OF WESTMORELAND          )

On this the 20th day of ___August___, 2020, before me, a notary

public, the undersigned officer, personally appeared **DOROTHY BOLBRICH, widow,**

known to me (or satisfactorily proven) to be the persons whose names are subscribed

to the within instrument and acknowledged that they executed the same for the

purposes therein contained.

In witness thereof, I hereunto set my hand and official seal.

```
Commonwealth of Pennsylvania - Notary Seal
Paige Fulmer, Notary Public
Westmoreland County
My commission expires August 7, 2024
Commission number 1203398
Member, Pennsylvania Association of Notaries
```

_____
Notary Public

MY COMMISSION EXPIRES:
8/7/2024

pennsylvania
DEPARTMENT OF REVENUE (EX) MOD 06-19 (FI)

**REV-183**
BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

1830019105

**REALTY TRANSFER TAX**
**STATEMENT OF VALUE**
COMPLETE EACH SECTION

**RECORDER'S USE ONLY**

State Tax Paid: ∅

Book

Instr

Instr:202008210026534    08/21/2020
P:6 of 7    F:$115 25    3:21PM
Frank Schiefer    T20200024944
Westmoreland County RecorderC

| SECTION I | TRANSFER DATA |
|---|---|

Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Telephone Number | Grantee(s)/Lessee(s) | Telephone Number |
|---|---|---|---|
| DOROTHY BOLBRICH | | ELIZABETH ANN JENKINS | |
| Mailing Address | | Mailing Address | |
| 115 BOLBRICH LANE | | 109 BOLBRICH LANE | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| SMITHTON | PA | 15479 | SMITHTON | PA | 15479 |

| SECTION II | REAL ESTATE LOCATION |
|---|---|

| Street Address | City, Township, Borough |
|---|---|
| 115 BOLBRICH LANE | SOUTH HUNTINGDON TOWNSHIP |

| County | School District | Tax Parcel Number |
|---|---|---|
| WESTMORELAND | YOUGH | 59-10-00-0-023-00-000 |

| SECTION III | VALUATION DATA |
|---|---|

Was transaction part of an assignment or relocation?   ◯ YES   ◯ NO

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 1.00 | + 0.00 | = 1.00 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| 2,490.00 | x 7.63 | = 18,998.70 |

| SECTION IV | EXEMPTION DATA - Refer to instructions for exemption status. |
|---|---|

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $ 18,998.70 | 100 % | 100 % |

2. Fill in the Appropriate Oval Below for Exemption Claimed.

◯ Will or intestate succession. _____
   _____ (Name of Decedent) _____ (Estate File Number)

◯ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

◯ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

◯ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

◯ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation.
   (If condemnation or in lieu of condemnation, attach copy of resolution.)

◯ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

◯ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

◯ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

◉ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

   THIS IS A CONVEYANCE FROM MOTHER TO DAUGHTER AND IS THEREFORE REALTY TRANSFER TAX
   EXEMPT PURSUANT TO 72 P.S. $ 8102-C(6).

| SECTION V | CORRESPONDENT INFORMATION - All inquiries may be directed to the following person: |
|---|---|

| Name | Telephone Number |
|---|---|
| HENRY LEE MOORE, ESQUIRE | (724) 850-9800 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| SUITE 310 KEYSTONE COMMONS, 35 WEST PGH. ST. | GREENSBURG | PA | 15601 |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of Correspondent or Responsible Part

Date  08-20-2020

FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.

1830019105

1830019105

**PAGE 1**

**pennsylvania** DEPARTMENT OF REVENUE
(EX) MOD 06-19 (FI)

**REV-183**
BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

1830019105

**REALTY TRANSFER TAX STATEMENT OF VALUE**
COMPLETE EACH SECTION

RECORDER'S USE ONLY
State Tax Paid

Instr:202008210026534    08/21/2020
P:7 of 7    F:$116.25    3:21PM
Frank Schiefer    T20200024944
Westmoreland County RecorderC

| SECTION I | TRANSFER DATA |
|---|---|

Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Telephone Number | Grantee(s)/Lessee(s) | Telephone Number |
|---|---|---|---|
| DOROTHY BOLBRICH | | ELIZABETH ANN JENKINS | |

| Mailing Address | | Mailing Address | |
|---|---|---|---|
| 115 BOLBRICH LANE | | 109 BOLBRICH LANE | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| SMITHTON | PA | 15479 | SMITHTON | PA | 15479 |

| SECTION II | REAL ESTATE LOCATION |
|---|---|

| Street Address | City, Township, Borough |
|---|---|
| 115 BOLBRICH LANE | SOUTH HUNTINGDON TOWNSHIP |

| County | School District | Tax Parcel Number |
|---|---|---|
| WESTMORELAND | YOUGH | 59-10-00-0-023-60-001 |

| SECTION III | VALUATION DATA |
|---|---|

Was transaction part of an assignment or relocation?  ☐ YES  ☐ NO

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 1.00 | + 0.00 | = 1.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| 6,130.00 | x 7.63 | = 46,771.90 |

| SECTION IV | EXEMPTION DATA - Refer to instructions for exemption status. |
|---|---|

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $ 46,771.90 | 100 % | 100 % |

2. Fill in the Appropriate Oval Below for Exemption Claimed.

☐ Will or intestate succession. _____
　　　　　　　　　　　　　　(Name of Decedent)　　　　　　　(Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

☐ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation.
(If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☑ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

THIS IS A CONVEYANCE FROM MOTHER TO DAUGHTER AND IS THEREFORE REALTY TRANSFER TAX EXEMPT PURSUANT TO 72 P.S. § 8102-C(6).

| SECTION V | CORRESPONDENT INFORMATION - All inquiries may be directed to the following person: |
|---|---|

| Name | Telephone Number |
|---|---|
| HENRY LEE MOORE, ESQUIRE | (724) 850-9800 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| SUITE 310 KEYSTONE COMMONS, 35 WEST PGH. ST. | GREENSBURG | PA | 15601 |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| Henry Lee Moore, Esq. | 08-20-2020 |

FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.

1830019105

1830019105

**PAGE 1**